# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CENTERSQUARE INVESTMENT MANAGEMENT LLC | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:24-CV-02172-B |
| v. | § § | |
| DAWN ACQUISITIONS LLC and PHOENIX DATA CENTER HOLDINGS LLC | § § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CenterSquare Investment Management LLC and Defendants Dawn Acquisitions LLC and Phoenix Data Center Holding LLC (collectively, the "parties") hereby STIPULATE to the DISMISSAL WITH PREJUDICE of the above-styled and numbered lawsuit, including all causes of action asserted therein. The parties further STIPULATE that each party shall bear its own costs and attorneys' fees associated with the lawsuit.

Respectfully submitted,

| **HAYNES AND BOONE, LLP** | **BARNES & THORNBURG LLP** |
|---|---|
| */s/ Jason P. Bloom* | */s/ Megan New* |
| Jason P. Bloom | Juanita DeLoach – Lead Attorney |
| jason.bloom@haynesboone.com | TX Bar No. 24064218 |
| State Bar No. 24045511 | 2121 North Pearl Street, Suite 700 |
| 2801 N. Harwood Street, Suite 2300 | Dallas, TX 75201 |
| Dallas, Texas 75201 | (214) 258-4200 |
| Telephone: (214) 651-5000 | jdeloach@btlaw.com |
| Facsimile: (214) 651-5940 | |
| | Megan New (admitted pro hac vice) |
| Jason W. Whitney | IL Bar No. 6300422 |
| jason.whitney@haynesboone.com | Mark Durbin (admitted pro hac vice) |
| State Bar No. 24066288 | IL Bar No. 6216002 |
| 112 East Pecan Street, Suite 2400 | Valerie Matthews (admitted pro hac vice) |
| San Antonio, Texas 78205 | IL Bar No. 6332698 |
| Telephone: (210) 978-7000 | One North Wacker Drive, Suite 4400 |
| Facsimile: (210) 978-7450 | Chicago, IL 60606 |
| | (312) 357-1313 |
| Michael J. Lambert | megan.new@btlaw.com |
| michael.lambert@haynesboone.com | mark.durbin@btlaw.com |
| State Bar No. 24128020 | valerie.matthews@btlaw.com |
| Reid Pillifant | |
| reid.pillifant@haynesboone.com | Kaleb Gorman (admitted pro hac vice) |
| State Bar No. 24126157 | MA Bar No. 713155 |
| 98 San Jacinto Boulevard, Suite 1500 | One Marina Park Drive, Suite 1530 |
| Austin, Texas 78701 | Boston, MA 02210 |
| Telephone: (512) 867-8400 | (617) 316-5338 |
| Facsimile: (512) 867-8470 | kaleb.gorman@btlaw.com |
| **ATTORNEYS FOR PLAINTIFF CENTERSQUARE INVESTMENT MANAGEMENT LLC** | **ATTORNEYS FOR DEFENDANTS DAWN ACQUISITIONS LLC and PHOENIX DATA CENTER HOLDINGS LLC** |